UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JEROME W. CLARK, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii) |
| Defendant. | : | (**Unlawful Distribution of 5 Grams or More** |
| | : | **of Cocaine Base**); |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about August 2, 2006, within the District of Columbia, **JEROME W. CLARK** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.