# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 08-109    MAGIS. NO: |
| V.<br><br>SEALED    JEROME W. CLARK<br><br>DOB:           PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>JEROME W. CLARK<br><br>FILED<br>MAY 2 3 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

21: 841(a)(1) and 841(b)(1)(B)(i)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>4/17/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>[signature] | DATE:<br>4/17/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  5/23/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  5/23/08 | Young, G. DUSM | [signature] |
| HIDTA CASE:   Yes    No  X | | OCDETF CASE:   Yes    No  X |