**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | **Criminal  No.: 08-109 (ESH)** |
| v. | ) | |
| | ) | |
| JEROME W. CLARK | ) | |
| | ) | |
| _____ | ) | |

## <u>DEFENDANT'S MOTION FOR A GUIDELINE SENTENCE CALCULATION</u>

Defendant Jerome Clark, through undersigned counsel, respectfully moves the Court to order the Probation Office to review Mr. Clark's's Criminal History and to calculate a guideline sentence based on the offense charged in the indictment.

In Support of the Motion undersigned counsel states:

1.      Mr. Clark is before the Court charged in a one count indictment with Unlawful Distribution of 5 Grams or More of Cocaine Base in violation of 21 U.S.C. § 841(b)(1)(B)(iii).  On May 23, 2008, Mr. Clark appeared in Magistrate Court for his arraignment.  On June 2, 2008, Mr. Clark appeared before the Court for a Status Conference.

2.      At the Status Conference, undersigned counsel requested a further Status in order to review the discovery with Mr. Clark so that he could decide how he wanted to proceed with his case. Counsel has met with Mr. Clark and reviewed the discovery.  Counsel has also communicated with AUSA Emory V. Cole regarding a potential disposition of the case.  However, at this point the parties have been unable to agree on the terms of a plea.

1

3.     A significant issue regarding the plea is Mr. Clark's Criminal History Category, and specifically whether he qualifies as a "Career Offender" as contemplated in U.S.S.G. § 4B1.1. AUSA Cole indicated in a voice mail that he believes Mr. Clark does qualify.  Undersigned counsel is uncertain, in part, because no bail report was prepared when he was presented in Magistrate Court on May 23, 2008.  Undersigned counsel has obtained some of Mr. Clark's convictions from the Superior Court, but cannot say with any confidence that he has Mr. Clark's complete criminal record.

4.     Undersigned counsel believes that a calculation of Mr. Clark's Criminal History and guideline sentence pursuant to a guilty plea to the charged offense, will expedite the plea process. At a minimum, Mr. Clark will know exactly what he will face after entering a guilty plea and/or upon a guilty verdict to the one count indictment.

5.     Although its likely that the relief requested will not be available before the Status Hearing on June 24, 2008, undersigned counsel will only require a very short turn around date in order to inform the Court if Mr. Clark intends to enter a guilty plea or proceed to trial.

6.     Undersigned counsel, has been unable to speak to AUSA Emory Cole regarding the instant request.

Wherefore, undersigned counsel requests that the Court order the Probation Office to calculate Mr. Clark's criminal history and to calculate a guideline sentence based on a conviction to the charge offense of Unlawful Distribution of 5 Grams or More of Cocaine Base.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

2

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
                                        )
**UNITED STATES OF AMERICA**            )
                                        )        **Criminal  No.: 08-109 (ESH)**
v.                                      )
                                        )
**JEROME W. CLARK**                     )
                                        )
_____)

## PROPOSED ORDER

Upon consideration of the defendant's request for the Probation Office to Review his

Criminal History Category and to Calculate a Guideline Sentence pursuant to a conviction of

Unlawful Distribution of 5 Grams or More of Cocaine Base in violation of 21 U.S.C. §

841(b)(1)(B)(iii); with the total weight being 29.1 grams; **It is HEREBY**

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Probation Office review defendant's, Jerome Clark's,

criminal history and to calculate a sentencing guideline range;

**SO ORDERED.**

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

_____
DATE

United States Probation Office
333 Constitution Ave, NW
Federal District Courthouse
Washington, DC 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Emory V. Cole
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530