UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN **1 6** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No.: 08-109 (ESH) |
| v. ) | |
| **JEROME W. CLARK** ) | |

## P~~ROPOSE~~D ORDER

Upon consideration of the defendant's request for the Probation Office to Review his Criminal History Category and to Calculate a Guideline Sentence pursuant to a conviction of Unlawful Distribution of 5 Grams or More of Cocaine Base in violation of 21 U.S.C. § 841(b)(1)(B)(iii); with the total weight being 29.1 grams; **It is HEREBY**

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Probation Office review defendant's, Jerome Clark's, criminal history and to calculate a sentencing guideline range;

**SO ORDERED.**

6/16/08
DATE

_Ellen S. Huvelle_
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

United States Probation Office
333 Constitution Ave, NW
Federal District Courthouse
Washington, DC 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Emory V. Cole
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530