## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-109 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **JEROME W. CLARK,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION TO REQUEST THAT THE DEFENDANT NOT BE TRANSFERRED OUT OF THE D.C. JAIL UNTIL THE COMPLETION OF THE INSTANT CASE

The United States, by its attorney, the United States Attorney for the District of Columbia, hereby requests this Court to issue an order to the D.C. Jail and U.S. Marshal Service to refrain from transferring the above-mentioned defendant to another penal institution until the conclusion of the instant case.

Defendant has been sentenced in a Superior Court case; however, he is currently before this Court facing charges relating to the defendant's Unlawful Distribution of 5 Grams or More of Cocaine Base in violation of 21 U.S.C. § 841 (b)(1)(B)(iii).  Presently, this case is proceeding in an orderly fashion with the parties in pre-trial discussions.  If the defendant is transferred to another penal institution before the completion of this matter, the defendant and parties will not be able to discuss this matter appropriately and this case could not proceed to trial timely.

*Conclusion*

**WHEREFORE**, the United States respectfully requests that the defendant not be transferred to another penal institution pending the outcome of the above-mentioned federal case.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        Bar. No 498-610


By:   \_\_\_\_\_/s/_____
        EMORY V. COLE
        Assistant United States Attorney
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4312
        Washington, D.C. 20503
        (202) 616-3388
        Emory.Cole@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-109 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **JEROME W. CLARK,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Government's request that the D.C. Jail and U.S. Marshal Service refrain from transferring the above-mentioned defendant to another penal institution until the conclusion of the instant case; it is

**HEREBY ORDERED** that the Government's motion is granted; and it is

**FURTHER ORDERED** that the D.C. Jail and U.S. Marshal Service refrain from transferring defendant, Jerome W. Clark, until the conclusion of the instant federal prosecution.

**SO ORDERED.**

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

_____
DATE