**FILED**

JUN 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-109 (ESH)** |
| v. | : | |
| **JEROME W. CLARK,** | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's request that the D.C. Jail and U.S. Marshal Service refrain from transferring the above-mentioned defendant to another penal institution until the conclusion of the instant case; it is

**HEREBY ORDERED** that the Government's motion is granted; and it is

**FURTHER ORDERED** that the D.C. Jail and U.S. Marshal Service refrain from transferring defendant, Jerome W. Clark, until the conclusion of the instant federal prosecution.

**SO ORDERED.**

ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

6/24/08
DATE