**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUG 0 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*United States*, Plaintiff,

v.

*Jerome W Clark*, Defendant.

) 
) 
) 
) 
) Criminal Action No. 08-109
)       (ESH)
)
)
)

### SENTENCING SCHEDULING ORDER

It is this ___6___ day of ___August, 2008___, ORDERED that the sentencing in this matter be set for ~~November~~ September 25, 2008 at 9:45 a.m.; and it is further

ORDERED that the probation officer assigned to this case disclose the initial version of the presentence investigation report to the parties 45 days after the referral date; and it is further

ORDERED that counsel submit their objections to the probation officer ten (10) days after the report is initially disclosed by the probation office; and it is further

ORDERED that the probation officer disclose to the parties and file with the court the final presentence investigation report ten (10) days after the parties have submitted their objections; and it is further

ORDERED that the parties file any memoranda in aid of sentencing with the court ten (10) days after the final version of the presentence report is disclosed by the probation officer, with responses thereto due five (5) days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge